Kevin Kerr, OSB #080934
kevin.kerr@nwdisabilitybenefts.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| QUOC DUONG,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:19-cv-00538-MC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $22,098.25, to be paid out of the claimant's past-due benefits.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), [1] PO Box 14490, Portland, OR 97293, consistent with this order.

///

///

///

---

[1] Formerly known as Schneider Kerr & Robichaux.

Dated this __3rd__ day of _____March_____, 2022.

                                                        s/Michael J. McShane  
                                        Michael J. McShane  
                                        United States District Judge